SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **10-cv-01669-MCE-JFM** |
| Plaintiff, | **ORDER RE: REQUEST FOR LEAVE OF COURT TO SERVE DEFENDANT FIRESIDE HOLDINGS, LLC** |
| vs. | |
| Fireside Holdings, LLC, | |
| Defendants | |

## ORDER

IT IS HEREBY ORDERED THAT Plaintiff is granted 60 days from the date of this order to perform service on Defendant Fireside Holdings, LLC.

Date: April 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE