SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Fireside Holdings, LLC,<br><br>　　　　Defendant | Case No. **2:10-cv-01669-MCE-JFM**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JUNE 20, 2011 FOR DEFENDANT FIRESIDE HOLDINGS, LLC INDIVIDUALLY AND D/B/A FIRESIDE LODGE TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Fireside Holdings, LLC Individually and d/b/a Fireside Lodge, by and through, Scott N. Johnson; Fireside Holdings, LLC, stipulate as follows:

1. No extension of time has been previously obtained.

2. Defendant Fireside Holdings, LLC Individually and d/b/a Fireside Lodge is granted an extension until June 20, 2011 to respond or

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

    otherwise plead reference to Plaintiff's

    complaint.

  3. Defendant Fireside Holdings, LLC Individually

    and d/b/a Fireside Lodges' response will be due

    no later than June 20, 2011.

 IT IS SO STIPULATED effective as of May 6, 2011

Dated:  May 6, 2011      By: David Latshaw____ ___

              Fireside Holdings, LLC

              Defendant


Dated:  May 6, 2011      /s/Scott N. Johnson _____

              Scott N. Johnson,

              Attorney for Plaintiff



 **IT IS SO ORDERED:** that Defendant Fireside Holdings, LLC Individually and d/b/a Fireside Lodge shall have until June 20, 2011 to respond to complaint.

Dated:  May 10, 2011



             _____
             MORRISON C. ENGLAND, JR.
             UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2