1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL  scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8            **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11

                                            ) Case No.**2:10-cv-01669-MCE-JFM**
12  Scott N. Johnson                        )
                                            )
13           Plaintiff,                     )
                                            )
14      vs.                                 ) **ORDER RE: REQUEST FOR DISMISSAL**
                                            )
15  Fireside Holdings, LLC                  )
                                            )
16           Defendant                      )
                                            )
17                                          )
                                            )
18  _____)

19

20       IT IS HEREBY ORDERED THAT this action is hereby

21  dismissed, with Prejudice, in accordance with Plaintiff's

22  request and pursuant to Rule 41(a)(1) of the Federal Rules

23  of Civil Procedure.

24  Dated: August 24, 2011

25

26  _____
    MORRISON C. ENGLAND, JR
27  UNITED STATES DISTRICT JUDGE

28

                PROPOSED ORDER RE REQUEST FOR DISMISSAL

                   CIV: S-10-cv-01669-MCE-JFM - 1